UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

AIJUN XIE,

Plaintiff,

v.

TODD BLANCHE Attorney General; MARKWAYNE MULLIN[1] Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW Director, U.S. Citizenship & Immigration Services; SARAH KENDALL, Associate Director of Field Operations Directorate U.S. Citizenship & Immigration Services,

Defendants.

-------------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-5735

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Auburn, California
October 29, 2026

LAW OFFICE OF SAM F. HADDAD, ESQ.
*Attorneys for Plaintiff*
10720 Joeger Road
Auburn, California 95602

By: /s/ Sam Haddad
Sam F. Haddad, Esq.
(530) 305-1242
shaddadlaw@gmail.com

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, Secretary Mullin has been substituted for Secretary Noem.

Dated: Brooklyn, New York
October 29, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: */s/ Alexandra Megaris*
Alexandra Megaris
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 11/2/2026

/ s / Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**